UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DOUGLAS L. SMITH,<br><br>　　　Defendant. | CASE NO. MJ 13-060<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Conspiracy to Commit Bank Robbery; Bank Robbery

<u>Date of Detention Hearing</u>:　　February 5, 2013.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　1.　　Defendant is charged by Complaint, together with six co-conspirators, with

DETENTION ORDER
PAGE -1

participating in a highly sophisticated, multi-state bank robbery conspiracy allegedly led by members of the Four-Tre Crips, a street gang based in Los Angeles, California, involving large amounts of cash.  This factor is relevant to the risk of nonappearance posed by the charged defendants.

2. Defendant resides in Los Angeles with no ties to this community.  The AUSA alleges that he was attempting to flee this jurisdiction when arrested pursuant to the instant charges, and alleges that he reported various stories to police about why he was in the area.

3. Defendant is on probation with the State of California and his probation officer does not believe he is a suitable candidate for release based on misconduct during the course of his supervision in that jurisdiction and allegations of continued criminal conduct in this case. Defendant has sustained several probation violations in prior cases, with imposition of sanctions and additional conditions of supervision.  He is alleged to associate with known gang members and his place of proposed residence in Los Angeles is alleged to be a place of congregation of known gang members.

4. Defendant poses a risk of nonappearance due to lack of ties to this District, a lack of gainful employment, potential access to large amounts of cash, the likely filing of a probation violation warrant in Los Angeles, and prior violations of supervision.   He poses a risk of danger due to the nature of the charges, alleged association with gang members, and continued law violations while on supervision.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

DETENTION ORDER
PAGE -2

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 5th day of February, 2013.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3